UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

WILLIAM D. SHIVES

MICHELLE D. SHIVES

    Plaintiffs,

V.                                 CIVIL ACTION NO
                                   1:10-cv-03039-RDB

MIG CAPITAL MANAGEMENT, INC.

Defendant.                       NOVEMBER 8, 2010

## NOTICE OF DISSMISSAL

The plaintiffs through their attorney Bernard T. Kennedy stipulate that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

THE PLAINTIFF

BY/S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
P.O. Box 657
Edgewater, MD 21037
Ph  (443) 607-8901
Fax (443) 607-8903
Fed. Bar # Md26843
bernardtkennedy@yahoo.com

Request GRANTED this 8th day of NOV 2010.

_____
Richard D. Bennett
United States District Judge